# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-11-2008 |
| NAME OF SERVER *(PRINT)* <br> WILLIE E. MCBRIDE | TITLE <br> PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:    EVETTE NICHOLS/HOUSEHOLD MEMBER

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-11-2008
             *Date*            *Signature of Server*

701 MERCER AVE. VOORHEES NJ 08043
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/2/08 at 3:00 pm |
| NAME OF SERVER (PRINT) Domin Gouzocig | TITLE Prosses Server Lic # 1009053 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Judy Banghardt

☐ Returned unexecuted:

☑ Other (specify): Receptionist for ELRAC INC at 1550 Route 23 North Wayne N.J. 07470 white Female 5'3"-5'8" weight 150-160 50 to 60 year old. Ware glases.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/2/08
_____ Date

_Signature of Server_

93 Ferd the bed Lane Bronx ny /0452
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.