UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ELLEN ERVIN,

                    Plaintiff,

-against-

LYNDON S. BROOKS and ELRAC, INC.,

                    Defendants.
----------------------------------------X

**DEFENDANT ELRAC'S RULE 7.1 STATEMENT**
08-CV-5707(LAP)(DFE)

    Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York, the undersigned respectfully certifies the following upon information and belief:

    Defendant, ELRAC, INC., IS not a publicly held corporation.

DATED:    Garden City, New York
            July 31, 2008

                          Defendant ELRAC, INC.

                          By its attorneys:

                          BRAND GLICK & BRAND, P.C.

                          By: _____

                          Peter M. Khrinenko (PK 9407)
                          600 Old Country Road, Ste. 440
                          Garden City, New York 11530
                          (516) 746-3500