UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ELLEN ERVIN,                        :
                                    :
                                    :    08 Civ. 5707 (LAP)
                    Plaintiff,      :
                                    :    SCHEDULING ORDER
        -against-                   :
                                    :
LYNDON S. BROOKS & ELRAC, INC.      :
                                    :
                    Defendants.     :
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

    Counsel shall inform the Court by letter no later than June 8, 2009 whether either party objects to the relief requested in the opponent's letters of May 26, 2009 (attached).

SO ORDERED

June 1, 2009

                                                        */s/ Loretta A. Preska*
                                                       Loretta A. Preska, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/09