```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
ERVIN,                              :
                                    :    08  Civ. 5707 (LAP)
                    Plaintiff,      :
                                    :
        -against-                   :    ORDER OF CONFERENCE
                                    :
BROOKS, etal,                       :
                                    :
                    Defendants.     :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/09

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear by telephone on June 25, 2009 at 4:30 p.m. for a conference in the above action.

SO ORDERED

June 18, 2009

                                          _____
                                          LORETTA A. PRESKA, U.S.D.J.