```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ELLEN ERVIN,                        :
                                    :
                                    :       08 Civ. 5707 (LAP)
                    Plaintiff,      :
                                    :            ORDER
         -against-                  :
                                    :
LYNDON S. BROOKS & ELRAC, INC.      :
                                    :
                    Defendants.     :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/09

LORETTA A. PRESKA, United States District Chief Judge:

Counsel shall confer and report to the Court by letter no later than August 14, 2009, on the status of the action.

SO ORDERED

July 13, 2009

*Loretta A. Presley*
Loretta A. Preska, U.S.D.J.